# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11cr00117 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| CHRISTOPHER SCOTT, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This matter came before the Court for hearing on August 16, 2011 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #30). Having conducted a full colloquy with Defendant Christopher Scott, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby **ADOPTS** in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts

the findings and recommendations of the United State Magistrate Judge, and finds that the Defendant Christopher Scott's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty of the offense to which he pled – specifically, Count One of the Information, Conspiracy to Distribute and Possess with Intent to Distribute a mixture or substance containing a detectable amount of Cocaine in violation of Title 21 U.S.C. §§841(a)(1) and (b)(1)(A) and §846.

Walter Herbert Rice
United States District Judge